# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DEBBIE HUMPHRIES,

    Petitioner,

v.                                          CASE NO. 4:05cv466-RH/WCS

WARDEN M. L. RIVERA, et al.,

    Respondents.

_____/

## ORDER DISMISSING PETITION AS MOOT

This matter is before the court on the magistrate judge's report and recommendation (document 16), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition is dismissed without prejudice as moot." The clerk shall enter judgment and close the file.

SO ORDERED this 24th day of April, 2007.

                                                    s/Robert L. Hinkle
                                                    Chief United States District Judge